# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2019

157996

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

APEX LABORATORIES INTERNATIONAL
INC.,
          Petitioner-Appellee,

v

                                    SC: 157996
                                      COA: 338218
                                      MTT: 16-000724-TT

CITY OF DETROIT,
          Respondent-Appellant.

_____/

By order of February 4, 2019, the application for leave to appeal the May 17, 2018 judgment of the Court of Appeals was held in abeyance pending the decision in *Henderson v Civil Serv Comm* (Docket No. 156270). On order of the Court, the case having been decided on March 15, 2019, ___ Mich ___ (2019), the application is again considered, and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE the judgment of the Court of Appeals and we REMAND this case to the Court of Appeals for reconsideration in light of *S Dakota v Wayfair, Inc,* ___US ___; 138 S Ct 2080, 2099; 201 L Ed 2d 403 (2018), which overruled *Quill Corp v North Dakota ex rel Heitkamp*, 504 US 298; 112 S Ct 1904; 119 L Ed 2d 91 (1992).

       We do not retain jurisdiction.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2019



p0520

                             Clerk